IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DORIS EDWARDS JAMES, as Temporary Administratrix of the ESTATE OF KOBY EDWARDS, DECEASED; KOREN EDWARDS; and CHARLIE NUNNALLY, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CUTHBERT, GEORGIA; and KEVIN BRIAN FLOWERS, in his individual capacity, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION FILE NO.: 4:22-cv-00077-CDL |

## **ORDER OF DISMISSAL WITH PREJUDICE**

This matter came before the Court on the Consent Motion to Dismiss with Prejudice all claims and causes asserted by Plaintiffs, Doris Edwards James, Koren Edwards, and Charlie Nunnally against Defendants, City of Cuthbert, Georgia and Kevin Brian Flowers in the above-styled action.

Therefore, for good cause shown, the Court grants this Consent Motion. **IT IS HEREBY ORDERED** that the above-styled action and all claims asserted therein are dismissed with prejudice, costs taxed to the parties incurring the same.

1

**SO ORDERED,** this 30th day of June, 2023.

                                       S/Clay D. Land
                             CLAY D. LAND
                             UNITED STATES DISTRICT JUDGE